**Affirmed and Memorandum Opinion filed February 27, 2020.**



In The

# Fourteenth Court of Appeals

NO. 14-18-00813-CR
NO. 14-18-00814-CR

**SERGIO  DEASES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1550953 & 1552708**

## MEMORANDUM  OPINION

Appellant appeals his convictions for aggravated assault of a public servant with a deadly weapon and aggravated robbery of a person over the age of 65. Appellant's appointed counsel filed a brief in which he concludes both appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the

record in each case and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate records and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record in each case and counsel's brief and agree the appeal in each case is wholly frivolous and without merit. Further, we find no reversible error in the record in each case. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, in each case the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Justices Wise, Jewell and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).